**CGFD30** (9/28/06)



**ORDERED in the Southern District of Florida on March 14, 2008**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### Division:  Miami

Case Number: 04−10794−RAM

Chapter: 11

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Atlas Air Worldwide Holdings, Inc.
2000 Westchester Ave
Purchase, NY 10577

EIN: 13−4146982

*CLERK*
*USBC*
*SDFL*
*FILED*
*3/14/08*

## FINAL DECREE

A Final Report and Motion for Entry of Final Decree having been filed on behalf of the debtor, this chapter 11 case is closed.

Jordi Guso is discharged as disbursing agent. Any future payments under the plan of reorganization shall be disbursed by the reorganized debtor.

Any money due to creditors pursuant to the plan of reorganization and remaining unclaimed must be held in accordance with 11 U.S.C. § 347(b) and 11 U.S.C. § 1143. If the plan provides for the complete liquidation of property of the debtor, any unclaimed funds shall be deposited with the court pursuant to Local Rule 3011−1(B).

# # #

Copies to:   Debtor
             Attorney for Debtor
             Disbursing Agent
             U.S. trustee